

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2015

No. 04-15-00752-CV

**IN RE: GUARDIANSHIP OF HATTIE POOLE, AN ADULT**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-4118
Honorable David Peeples, Judge Presiding

## O R D E R

The Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to February 3, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2015.

_____
Keith E. Hottle
Clerk of Court